No. 95–8962.  ERWIN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–8965.  DOUGLAS v. UNITED STATES  C. A. 2d Cir.  Certiorari denied.

No. 95–8977.  JACOBS v. CIRCUIT COURT OF WISCONSIN, MARATHON COUNTY.  C. A. 7th Cir.  Certiorari denied.

No. 95–8980.  KARIMI v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 95–8982.  MARTIN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–1429.  ILLINOIS v. MONTANEZ.  App. Ct. Ill., 1st Dist.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 95–1636.  EXXON CORP. v. YOUELL ET AL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–8824.  PANDEY v. PAUL REVERE LIFE INSURANCE CO. ET AL.  App. Ct. Mass.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–1637.  SEARIVER MARITIME, INC. v. EXXON SEAMEN'S UNION.  C. A. 3d Cir.  Motion of Institute for a Drug-Free Workplace for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 95–1191.  TRAHAN v. TRAHAN, *ante,* p. 1155;
No. 95–1364.  SMITH v. GLENOLDEN BOROUGH ET AL., *ante,* p. 1167;
No. 95–6996.  QUIBA v. OFFICE OF PERSONNEL MANAGEMENT, *ante,* p. 1138;
No. 95–7008.  DAGUINOTNOT v. OFFICE OF PERSONNEL MANAGEMENT, *ante,* p. 1138;
No. 95–7043.  ALFEROS v. OFFICE OF PERSONNEL MANAGEMENT, *ante,* p. 1139;

No. 95–7045. BONDAD v. OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 1139;

No. 95–7066. RABE v. OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 1139;

No. 95–7089. FLORENTINO v. OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 1139;

No. 95–7279. BEETS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1157;

No. 95–7359. MISEK-FALKOFF v. KELLER, 516 U. S. 1135;

No. 95–7389. CORONEL v. OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 1140;

No. 95–7485. SANTOS v. OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 1141;

No. 95–7725. FORONDA v. OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 1141;

No. 95–7726. GARCIA v. OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 1141;

No. 95–7769. SMITH v. PENNSYLVANIA, *ante*, p. 1141;

No. 95–7852. LYNCH v. NORTH CAROLINA, *ante*, p. 1143;

No. 95–7947. OLSEN v. LANE ET AL., *ante*, p. 1158;

No. 95–8031. FRANKLYN v. VISTA DEL MAR ET AL., *ante*, p. 1169;

No. 95–8102. CSORBA v. ITT ELECTRO-OPTICAL PRODUCTS DIVISION, *ante*, p. 1160; and

No. 95–8151. MAURO v. UNITED STATES, *ante*, p. 1126. Petitions for rehearing denied.

No. 95–7134. HARDY ET UX. v. CITY OF ORLANDO, *ante*, p. 1139. Motion for leave to file petition for rehearing denied.

JUNE 11, 1996

No. A–1022 (95–9264). OXFORD v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.